UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| Scotty Swinger Carpenter, | : | |
| | : | Civil Action No. 13-7481(NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| J. T. Shartle, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the accompanying Opinion,

IT IS, on the  26th  day of  January , 2015,

ORDERED that the Petition for a Writ of Habeas Corpus under Title 28 U.S.C. § 2241 [1] be, and the same hereby is, **DENIED** for lack of jurisdiction; and Petitioner's motion for order to show cause [2], motion for miscellaneous relief [4], and motion for default [6] be, and the same hereby are, **DISMISSED AS MOOT;** and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey
　　　　　　　　　　　　　　　　　　　　 s/ Noel L. Hillman
　　　　　　　　　　　　　　　　　　　　Noel L. Hillman
　　　　　　　　　　　　　　　　　　　　United States District Judge